IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Cheryl Lynn Walls,                          )
                                            )
                    Plaintiff,              )
                                            )
vs.                                         )          Civil Action No.: 2:11-cv-743-TLW-BHH
                                            )
Michael J. Astrue,                          )
Commissioner of Social Security,            )
                                            )
                    Defendant.              )
_____             )

# ORDER

The plaintiff, Cheryl Lynn Walls ("plaintiff"), brought this action pursuant to 42 U.S.C. §

405(g) to obtain judicial review of a final decision of the defendant, Commissioner of Social Security

("Commissioner" or "defendant"), denying her claim for disability insurance benefits. This matter

is before the Court for review of the Report and Recommendation ("the Report") filed by United

States Magistrate Judge Bruce Howe Hendricks, to whom this case had previously been assigned

pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In

the Report, the Magistrate Judge recommends that the Commissioner's decision be affirmed. (Doc.

# 16). The plaintiff filed no objections to the Report. Objections were due on March 19, 2012.

This Court is charged with conducting a de novo review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**.  (Doc. # 16).  For the reasons articulated by the Magistrate Judge, the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

May 11, 2012
Florence, South Carolina